William D. Hyslop
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 03 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHN GILBERT,<br><br>Defendant. | 2:20-CR-154-RMP<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of a Firearm<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)<br>Possession with Intent to Distribute 50 Grams or More of Methamphetamine<br>(Count 2)<br><br>Forfeiture Allegations<br>18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 |

The Grand Jury charges:

COUNT 1

On or about August 22, 2020, in the Eastern District of Washington, the Defendant, JEREMY JOHN GILBERT, knowing of his status as a person

INDICTMENT – 1

previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Springfield Armory Model XD9, 9mm caliber semi-automatic handgun bearing serial number US128922, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## COUNT 2

On August 22, 2020, in the Eastern District of Washington, the Defendant, JEREMY JOHN GILBERT, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in the sole count of the Indictment, the Defendant, JEREMY JOHN GILBERT, shall forfeit to the United States of America, any firearm involved or used in the commission of the offense.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 as set forth in this Indictment, the Defendant shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses.

If any of the property described herein, as a result of any act or omission of the Defendant:

INDICTMENT – 2

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 3 day of November, 2020.

A TRUE BILL

_____
Foreperson

_____
William D. Hyslop
United States Attorney

_____
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 3