## CHARGES AND PENALTIES

**CASE NAME:** Jeremy John Gilbert         **CASE NO.** 2:20-CR-154-RMP-1

TOTAL # OF COUNTS: 2    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 03, 2020
SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | CAG not more than 10 years; and/or $250,000 fine; not more than 3 years supervised release; a $100 special penalty assessment |
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine | CAG not less than 5 years and no more than 40 years; and/or $5,000,000 fine; not less than 4 years nor more than life supervised release; a $100 special penalty assessment; denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a |
|   | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 | Forfeiture Allegations |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |