William D. Hyslop
United States Attorney
Eastern District of Washington
Caitlin A. Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY JOHN GILBERT,<br><br>Defendant. | 2:20-CR-00154-RMP<br><br>Motion for Order for Writ of Habeas Corpus Ad Prosequendum<br><br>Without Oral Argument<br>December 31, 2020, at 6:30pm |

Plaintiff, United States of America, by and through the United States Attorney, represents and shows:

That there is now detained in the custody of the Commander, Grant County Jail, 35 C St. NW, Ephrata, WA 98823, JEREMY JOHN GILBERT, Defendant, in the above-entitled case, which will be called for an arraignment on January 14. 2021, at the hour of 1:30 p.m., and that it is necessary to have said Defendant present in the courtroom of the Honorable John T. Rodgers, Magistrate Judge of the United States District Court, in the United States Courthouse, 920 West Riverside Avenue, Spokane, Washington, and in order to secure the presence of said Defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Commander

Motion for Order for Writ of Habeas Corpus Ad Prosequendum - 1

to produce said Defendant in said Court on said date and at such other dates as may be necessary in order to procure his presence for an initial appearance, and all other proceedings incident thereto.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum pursuant to 28 U.S.C. § 2241(c)(5) out of and under the seal of this Court, directed to said Commander, commanding him to have and produce the above-named Defendant in said United States District Court at said time, and then and there to present said Defendant before the Court and from day to day thereafter as may be necessary, and at the termination of the proceedings against said Defendant to return him to the custody of the said Commander.

Dated: December 30, 2020.

William D. Hyslop
United States Attorney

s/ *Caitlin A. Baunsgard*
Caitlin A. Baunsgard
Assistant United States Attorney

Motion for Order for Writ of Habeas Corpus Ad Prosequendum - 2