UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>JEREMY JOHN GILBERT,<br><br>                 Defendant. | 2:20-CR-00154-RMP<br><br>[PROPOSED]<br>Order for Writ of Habeas Corpus Ad Prosequendum |

Upon reading and filing the foregoing application in this matter,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum, pursuant to 28 U.S.C. § 2241(c)(5), issue as prayed for herein.

DATED this _____ day of December, 2020.

                                                        _____
                                                        John T. Rodgers
                                                        United States Magistrate Judge

Order for Writ of Habeas Corpus Ad Prosequendum - 1