UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JEREMY JOHN GILBERT,<br><br>　　　　　　　　Defendant. | 2:20-CR-00154-RMP<br><br>Writ of Habeas Corpus Ad Prosequendum |

TO:  Commander, Grant County Jail, 35 C St. NW, Ephrata, WA 98823, and to any United States Marshal,

## GREETINGS

The Court hereby ORDERS you to deliver the body of  now in your custody before the Honorable John T. Rodgers, Magistrate Judge of the United States District Court, in the United States Courthouse, 920 West Riverside, Spokane, Washington, on January 14, 2021, at the hour of 1:30 p.m., in order that the said Defendant in the above-entitled case may then and there be present for an arraignment at said time and place, and also at such other times as may be ordered by the said Court, and have you then and there this writ.

The delivery of the body of said JEREMY JOHN GILBERT, to the courtroom of said United States District Court, as aforesaid, and then return to you of said Defendant to your custody shall be deemed sufficient compliance with the writ.

Writ of Habeas Corpus Ad Prosequendum - 1

WITNESS the Honorable John T. Rodgers, Magistrate Judge of the United States District Court for the Eastern District of Washington.

Dated: December 30, 2020.

                                               Clerk, United States District Court
                                             Eastern District of Washington


By: _____
                Deputy Clerk

Writ of Habeas Corpus Ad Prosequendum - 2