FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:20-CR-00154-RMP-1 |
|---|---|
| Plaintiff, | ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| JEREMY JOHN GILBERT, | **MOTION GRANTED**<br>**(ECF No. 5)** |
| Defendant. | **USM ACTION REQUIRED** |

Before this Court is the United States' Motion for Order for Writ of Habeas Corpus Ad Prosequendum, **ECF No. 5**.

The Court having reviewed 28 U.S.C. § 2241(c)(5) and the motion of the United States, and finding good cause, **IT IS ORDERED**, that the Clerk of Court forthwith issue the Writ of Habeas Corpus Ad Prosequendum as prayed for.

**IT IS SO ORDERED.**

DATED December 30, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1