UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JEREMY JOHN GILBERT<br><br>        Defendant. | No. 2:20-cr-154-RMP<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS - INDICTMENT |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

    ☒ Indictment

    ☐ First/Second/Third/Fourth Superseding Indictment

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a detention hearing, if I am in custody;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____          Date: 1-14-21
Interpreter Signature


_____          /s/ Jeremy John Gilbert
Interpreter Printed Name               Defendant Signature

                                        Jeremy John Gilbert
                                        Defendant Printed Name


I certify I have reviewed this document with Jeremy John Gilbert and he has consented to my signature on his behalf.

Dated: January 14, 2021

*[signature]*

Lorinda Meier Youngcourt, Attorney

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2