UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>    v.<br><br>_____,<br><br>            Defendant. | No._____<br><br>WAIVER OF DETENTION HEARING |

I acknowledge that the Judge has informed me of my right to a detention hearing, pursuant to 18 U.S.C. § 3142, and that I understand that right.

_____    **I WAIVE** my right to a detention hearing.

_____    **I WAIVE** my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

_____    **I WAIVE** my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

  /s/ Jeremy John Gilbert_____        _____
  Defendant Signature            Date            Printed Name

  _____        _____
  Counsel for Defendant Signature            Printed Name

WAIVER OF DETENTION HEARING            1