UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br><br><br>                    Defendant. | No.<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS - FED.R.CRIM.P. 5<br>(Complaint or Indictment) |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

    ☐ Complaint
    ☑ Indictment

    which specifically sets forth the allegations;

2. That I have been advised of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this district and the requesting district;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

5. My right to a preliminary examination hearing, if charged by Complaint, before a United States Magistrate Judge and to have counsel present at that hearing, or waive this hearing in writing;

6. My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses, and have witnesses attend on my behalf;

7. My right to state in writing a wish to plead guilty or nolo contendre, to waive trial in the district in which the Indictment is pending, and to consent to disposition of this case in this district, *subject* to the approval of the United States Attorney for the charging district and this district;

8. My right to an identity hearing to ascertain if I am the person named in the charging document or to waive this hearing in writing;

9. My right to a detention hearing within three business days, if the United States moves for detention, and to be represented by counsel at that hearing;

10. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____  Date: 1/14/2021
Interpreter Signature

_____   /s/ Quinn Henry Jessen
Interpreter Printed Name                              Defendant Signature

I certify I have reviewed this document with Quinn Henry Jessen and he has consented to my signature on his behalf.

Dated: January 14, 2021

Lorinda Meier Youngcourt, Attorney

 Quinn Henry Jessen
Defendant Printed Name

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2