FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHN GILBERT,<br><br>Defendant. | No. 2:20-CR-00154-RMP-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT<br><br>**MOTION GRANTED**<br>**(ECF No. 9)** |

At Defendant's January 14, 2021, initial appearance and arraignment based on an Indictment, Defendant appeared via video while in custody at the Spokane County Jail. Assistant Federal Defender Lorinda Youngcourt represented the Defendant and appeared by video from another location. Assistant U.S. Attorney Ann Wick represented the United States and appeared by video from a separate location. United States Probation Officer Patrick Dennis was present telephonically. At the time of the hearing, Defendant consented to proceeding by video.

Defendant was advised of, and acknowledged, his rights. On his plea of not-guilty, Defendant is bound over to the United States District Court for trial.

///

ORDER - 1

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

Defendant, personally and through counsel, waived the right to a detention hearing. Accordingly, **IT IS ORDERED** the United States' motion for detention, **ECF No. 9**, is **GRANTED**. Defendant shall be held in detention pending disposition of this case or until further order of the court. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in conditions of release. The motion shall indicate whether opposing counsel or Pretrial Services object, whether a hearing is desired, and whether a supplemental

ORDER - 2

pretrial report is requested.  This Court will treat the motion as expedited and submitted without argument and will set a hearing or issue other orders as may be appropriate.

**IT IS SO ORDERED.**

DATED January 14, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 3