| | |
|---|---|
| 1 | Amy H. Rubin |
| 2 | Federal Defenders of Eastern Washington and Idaho |
| 3 | 10 North Post Street, Suite 700 |
| 4 | Spokane, Washington 99201 |
|   | Telephone: (509) 624-7606 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America, | |
| Plaintiff, | 2:20-CR-0154-RMP |
| vs. | |
| Jeremy J. Gilbert, | **Notice of Appearance** |
| Defendant, | |

I am admitted or otherwise authorized to practice in the Eastern District of Washington, and I appear as counsel for Mr. Gilbert.

Dated: January 21, 2021            Respectfully Submitted,

By s/ Amy H. Rubin
WA 618349
Federal Defenders of Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Email: amy_rubin@fd.org
Telephone: (509) 624-7606

Notice of Appearance - 1

## Service Certificate

I certify that on January 21, 2021, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will notify the Assistant United States Attorney assigned to this case.

*s/ Laura Alvarez*
Laura Alvarez
Paralegal to Amy H. Rubin

Notice of Appearance - 2