

Francisco A. Carriedo
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606

# United States District Court
## Eastern District of Washington

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No. 2:20-CR-0154-RMP-1 |
| v. | Notice of Appearance |
| Jeremy J. Gilbert, | |
| Defendant. | |

Please take notice that I am admitted to practice in the Eastern District of Washington and am appearing as counsel of record for Jeremy J. Gilbert.

Dated: January 20, 2021

>    Federal Defenders of Eastern Washington & Idaho
>    s/ Francisco A. Carriedo
>    Francisco A. Carriedo WSBA #53287
>    10 North Post Street, Suite 700
>    Spokane, Washington 99201
>    509.624.7606
>    francisco_carriedo@fd.org

## Service Certificate

I certify that on January 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Caitlin A. Baunsgard.

>    s/ Francisco A. Carriedo
>    Francisco A. Carriedo WSBA #53287
>    10 North Post Street, Suite 700
>    Spokane, Washington 99201
>    509.624.7606
>    francisco_carriedo@fd.org