

Francisco Carriedo
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Jeremy John Gilbert

# United States District Court
## Honorable Rosanna M. Peterson

| | |
|---|---|
| United States of America, | No. 2:20-CR-154-RMP |
| Plaintiff, | **Discovery Status Report** |
| v. | |
| Jeremy John Gilbert, | |
| Defendant. | |

1    In January 2021, the Government provided approximately 217 pages of written

2 discovery, along with 8 digital media files. Mr. Gilbert anticipates receiving additional

3 discovery. The parties agree to work together and to communicate regarding the scope

4 and anticipated dates for disclosure of all discovery.

5

6 Dated:  February 3, 2021.

Federal Defenders of Eastern Washington & Idaho
7                                              Attorneys for Jeremy John Gilbert

8                                              s/Francisco A. Carriedo
Francisco A. Carriedo, WSBA No. 53287
9                                              10 North Post Street, Suite 700
Spokane, Washington 99201
10                                             t: (509) 624-7606
f: (509) 747-3539
11                                             Francisco_Carriedo@fd.org

12

13

14

15

16

17

18

19

1

SERVICE CERTIFICATE

2

I certify that on February 3, 2021, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF System, which will notify Assistant United

4

States Attorneys: Caitlin Baunsgard.

5
s/Francisco A. Carriedo
Francisco A. Carriedo, WSBA No. 53287

6
10 North Post Street, Suite 700
Spokane, Washington 99201

7
t: (509) 624-7606
f: (509) 747-3539

8
Francisco_Carriedo@fd.org

9

10

11

12

13

14

15

16

17

18

19