

Francisco Carriedo
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Jeremy John Gilbert

UNITED STATES DISTRICT COURT
Honorable Rosanna M. Peterson

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Jeremy John Gilbert,<br><br>                Defendant. | No. 2:20-CR-154-RMP<br><br>**Order Granting Unopposed Motion to Continue**<br><br>(Proposed) |

Before the Court is Jeremy John Gilbert's Unopposed Motion to Continue. The Court finds good cause to grant Mr. Gilbert's request for a continuance.

Accordingly, **IT IS HEREBY ORDERED**:

1. Mr. Gilbert's Unopposed Motion to Continue, ECF No. ___, is **GRANTED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies to counsel.

Dated: February ___, 2021.

                                                      _____
                                                      Hon. Rosanna M. Peterson
                                                      U.S. District Court Judge