UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Jeremy John Gilbert<br>Defendant. | No. 2:20-cr-154-RMP<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from  3/15/2021  to  5/15/2021 . I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
Defendant

Date: 2-16-21

Francois Carriers
Printed Name of Attorney

_____
Counsel for Defendant

Date:  2/16/2021

_____
Interpreter

WAIVER OF SPEEDY TRIAL