**DAVID R. PARTOVI**
PARTOVI LAW, P.S.
Attorneys for Defendant
900 N. Maple, Lower Level
Spokane, WA 99201
Phone (509) 270-2141
Fax (509) 326-6102
partovilaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:20-CR-00154-RMP-1 |
| ) | |
| - vs - ) | NOTICE OF APPEARANCE AND |
| ) | SUBSTITUTION OF COUNSEL |
| JEREMY JOHN GILBERT ) | |
| ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that DAVID R. PARTOVI is being substituted for Amy Rubin with the Federal Defender's Office, as attorney for the Defendant herein, and demands notice of all further proceedings in this matter.

DATED this 23rd day of March, 2021.

**PARTOVI LAW, P.S.**

*s/ David R. Partovi*
DAVID R. PARTOVI, WSBA #30611
Attorney for Defendant

Approved by:

*electronic approval the week of 3/15/21*
Amy Rubin, WSBA# 45874
Withdrawing Attorney

SUBSTITUTION OF COUNSEL
Cause No. 2:20-CR-00154-RMP-1
Page 1

CERTIFICATION

I hereby certify that on 23rd day of March, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Caitlin A. Baunsgard, AUSA
U.S. Attorney's Office
920 W Riverside Suite 300
P.O. Box 1494
Spokane, WA 99210-1494

**PARTOVI LAW, P.S.**

<u>s/ *David R. Partovi*</u>
DAVID R. PARTOVI, WSBA #30611
Attorney for Defendant